# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

jbarton@faillacelaw.com

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620



November 4, 2020

**Via ECF**  
Honorable George B. Daniels, U.S.D.J.  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

SO ORDERED:

*/s/ George B. Daniels*  
George B. Daniels, U.S.D.J.

Dated: NOV 0 5 2020

**Re:** 20-cv-05028-GBD Gomez, et al v. New Toasties Deli, Inc.

Your Honor:

I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiff in the above-referenced matter. We write to respectfully request the initial conference, currently scheduled for November 12, 2020, be adjourned sine die. This is the first request of its kind.

Defendants have neither answered nor appeared and are in default. Plaintiff will be requesting default certificates soon and will be moving for a default judgment within thirty days.

Thank you for your attention.

Respectfully Submitted,

/s/Jesse Barton  
Jesse Barton  
Michael Faillace & Associates, P.C.  
*Attorneys for Plaintiff*

*Certified as a minority-owned business in the State of New York*