# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

jbarton@faillacelaw.com

December 21, 2020

**Via ECF**
Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

　　　　　　　　Re:　　20-cv-05028-GBD Gomez. et al v. New Toasties Deli, Inc.

Your Honor:

　　I am an attorney with the office of Michael Faillace & Associates, attorneys for Plaintiff in the above-referenced matter. We write to provide the Court with a status report.

　　We have been having some difficulty communicating with our client, and thus have been unable to finalize a default motion for him or otherwise prosecute this case. We will continue attempting to contact our client and will provide the Court with a further status report in two weeks.

　　Thank you for your attention.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　/s/Jesse Barton
　　　　　　　　　　　　　　　　　　　　Jesse Barton
　　　　　　　　　　　　　　　　　　　　Michael Faillace & Associates, P.C.
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*