# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 E 42nd Street, Suite 2540                       Telephone: (212) 317-1200
New York, New York 10165                         Facsimile: (212) 317-1620

michael@faillacelaw.com

December 28, 2020

**Via ECF**
Honorable George B. Daniels, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

             **Re:**     20-cv-05028-GBD Gomez. et al v. New Toasties Deli, Inc.

Your Honor:

       This office represents Plaintiff in the above-referenced matter. We write to request permission to withdraw as attorneys for Plaintiff Juan Carlos Gomez ("Plaintiff"), pursuant to Local Civil Rule 1.4.

       This request is necessary because Plaintiff has failed to cooperate with the prosecution of this matter. Specifically, this office has been attempting to secure the Plaintiff's cooperation in the preparation of a default motion to no avail. This office has attempted to reach Plaintiff by phone and text message multiple times, and have sent the Plaintiff a letter, both in English and Spanish, urging him to contact us (Exhibit "A").

       To date, despite our efforts, Plaintiff has not responded and indicated whether he intends to prosecute this action. Accordingly, we see no choice but to seek to withdraw as counsel for Plaintiff. We will not be asserting a charging or retaining lien. We are serving this application, both in English and Spanish, upon Plaintiff's last known home addresses and upon the Defendants.

       If the Court requires any additional information for this application, we will provide it. We thank the court for its attention to this matter.

                                                                 Respectfully Submitted,

                                                                 /s/ Michael Faillace
                                                                 Michael Faillace
                                                                 MICHAEL FAILLACE & ASSOCIATES, P.C.
                                                                 Attorneys for Plaintiffs

Page 2

Cc: (Via First Class Mail)

Juan Carlos Gomez
50-01 10th Avenue
Brooklyn NY 11219

New Toasties Deli, Inc.
(D/B/A) Toasties
25 John Street
New York, New York, 10038

Yon C, Figueroa
c/o Toasties
25 John Street
New York, New York, 10038

Jane Doe
c/o Toasties
25 John Street
New York, New York, 10038

Jason Doe
c/o Toasties
25 John Street