UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

JUAN CARLOS GOMEZ, individually and on
behalf of others similarly situated,

      Plaintiff,

 -against-

NEW TOASTIES DELI, INC. (d/b/a TOASTIES),
YON C. FIGUEROA, JANE DOE, and JASON
DOE,

      Defendants.

------------------------------------- x

ORDER

20 Civ. 5028 (GBD)

GEORGE B. DANIELS, District Judge:

 Michael Faillace's motion to withdraw as counsel is GRANTED. The Clerk of the Court is hereby ORDERED to close the above-captioned action.

Dated: January 4, 2021
   New York, New York

         SO ORDERED.

         _____
         GEORGE B. DANIELS
         UNITED STATES DISTRICT JUDGE